UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TIMOTHY JOSEPH FROST,           )<br>                                                         )<br>                    Petitioner,         )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>UNITED STATES OF AMERICA,  )<br>                                                         )<br>                    Respondent.      ) | Civil No.  04-197-B-S<br>Criminal No. 02-38-B-S |

ORDER ACCEPTING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Civil Docket # 8) filed April 15, 2005, the Recommended Decision is accepted.

Accordingly, it is ORDERED that Petitioner Timothy Joseph Frost's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence (Civil Docket # 1) be GRANTED.

In order to reinstate Petitioner's right of appeal, the Court will follow the procedure set forth in United States v. Torres-Otero, 232 F.3d 24, 31–32 (1st Cir. 2000). Hence, it is ORDERED that (1) Petitioner's Judgment (Criminal Docket # 27) be VACATED; and (2) judgment identical in all respects to the vacated Judgment be summarily entered against Petitioner by the Clerk of the Court.

Furthermore, it is ORDERED that the Clerk of the Court file notice of appeal on behalf of Petitioner immediately following the reinstatement of judgment against him.

                                                      /s/ George Z. Singal
                                                 Chief United States District Judge

Dated this 5th day of May, 2005.